RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

No. _____

| | | |
|---|---|---|
| Mark Lynn Milligan | § | In the Texas Court of |
| vs. | § | Criminal Appeals |
| The State of Texas | § | at Austin, Texas |

On Appeal from the Fifth Court of Appeals
in Cause No. 05-12-01537-CR

**Appellant's Motion to Extend the
Time for Filing a Petition for Discretionary Review**

**To the Honorable Judges of said Court:**

Comes now Appellant, and respectfully requests that the time for filing a Petition for Discretionary Review in the above-styled and numbered cause be extended. In support of this motion Appellant would show:

1. On December 30, 2014, Appellant's conviction was affirmed by the Fifth Court of Appeals in Cause No. 05-12-01537-CR styled Mark Lynn Milligan v. The State of Texas.

2. The present deadline for filing a Petition for Discretionary Review is January 30, 2015. Appellant respectfully requests an extension of time until March

FILED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

30, 2015.

3. No previous extension of time has been granted.

4. Appellant would show the Court that a reasonable explanation exists for the requested extension. Appellant is currently incarcerated in the Texas Department of Criminal Justice and has limited legal knowledge. Appellant must go to the unit law library to research and draft the issues.

Wherefore, premises considered, Appellant respectfully requests that the time for filing a Petition for Discretionary Review be extended to March 30, 2015.

Respectfully submitted,

Mark Lynn Milligan, Appellant # 01883403
Scott Unit
6999 Retrieve Road
Angleton, TX 77515-6618

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on the Dallas County District Attorney's Office, Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, Texas, 75207, by depositing same in the United States Mail, Postage Prepaid on January __9__, 2015.

Mark Lynn Milligan, Appellant

2